DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BEVERLY L. POOLE,**
Appellant,

v.

**MATTHEW MILTON BEYERS,**
Appellee.

No. 4D21-1995

[January 13, 2022]

Appeal of nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Fabienne E. Fahnestock, Judge; L.T. Case No. FMCE 16-004853 (40).

Gabrielle D'Agostino of Gabrielle D'Agostino P.A., Boynton Beach, for appellant.

Patrice Paldino of Jay's Justice, Inc., Hollywood, for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***